BRUCE A. KILDAY, ESQ., SBN 066415
AMIE MCTAVISH, ESQ., SBN 242372
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, and DEPUTY HECTOR BAUTISTA

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUTIERREZ, et al., | Case No.: 2:10-CV-01142-LKK-EFB |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE AND ORDER** |
| vs. | |
| CITY OF WOODLAND, et al., | |
| Defendants. | |

WHEREAS, a Pretrial Scheduling Conference is currently scheduled for July 12, 2010;

WHEREAS, on June 4, 2010, Defendants City of Woodland, County of Yolo, Sergeant Dale Johnson, Deputy Herman Oviedo, and Deputy Hector Bautista were served with a copy of the First Amended Complaint and Summons in the above-captioned action;

WHEREAS, IT HAS BEEN STIPULATED by and between the parties through their respective counsel that Defendants City of Woodland, County of Yolo, Sergeant Dale Johnson, Deputy Herman Oviedo, and Deputy Hector Bautista may have an additional 28 days in which to file an Answer, move to dismiss, or otherwise respond to the First Amended Complaint on file herein.  Accordingly, the due date for a response shall be extended from June 25, 2010 to July 23, 2010.  No prior extensions have been sought.

1     WHEREAS, the parties request that the July 12, 2010 Pretrial Scheduling Conference be rescheduled to a later date.

Dated:  June 23, 2010                    HAWKINS CAPUTO

                                    */s/ Thomas HR Denver*
                                By:_____
                                    THOMAS HR DENVER
                                    Attorneys for Plaintiffs JOSE
                                    GUTIERREZ and IRMA GUTIERREZ

Dated:  June 23, 2010                    ANGELO, KILDAY & KILDUFF

                                    */s/ Amie McTavish*
                                By:_____
                                    BRUCE A. KILDAY
                                    AMIE MCTAVISH
                                    Attorneys for Defendants CITY OF
                                    WOODLAND, COUNTY OF YOLO,
                                    SERGEANT DALE JOHNSON,
                                    DEPUTY HERMAN OVIEDO, and
                                    DEPUTY HECTOR BAUTISTA

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is ordered that the Pretrial Scheduling Conference currently set for July 12, 2010 be taken off calendar and continued to September 7, 2010 at 3:00 p.m.

Dated:  June 25, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT