CHARLES F. HAWKINS (42858)
(Hawkins@hawkins-law.com)
PAUL F. CAPUTO (144592)
(Paul@caputolaw.com)
THOMAS HR DENVER (56872)
(Tdenver@mediationmasters.com)
Hawkins・Caputo
96 North Third Street
Suite 300
San Jose, CA 95112

Telephone:  (408) 280-7883
Facsimile:    (408) 292-7868

IN AND FOR THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO BRANCH

| | |
|---|---|
| JOSE GUTIERREZ and IRMA GUTIERREZ,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, DEPUTY HECTOR BAUTISTA, individually, and in their official capacities,<br><br>           Defendants. | No.  2:10-CV-01142-LKK-EFB<br><br>**AMENDEDSTIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE AND ORDER** |

        WHEREAS, a Pretrial Scheduling Conference is currently scheduled for October 12, 2010;

        WHEREAS, said Conference has previously been scheduled for September 7, 2010; and

1	WHEREAS, two of Plaintiffs' counsel, CHARLES F. HAWKINS and THOMAS HR DENVER, both have long-planned out-of-state vacations during the week of October 12, 2010;

WHEREAS, IT HAS BEEN STIPULATED by and between the parties through their respective counsel that a new date for the Initial Scheduling Conference be requested;

THEREFORE, counsel for all parties respectfully request a new date of the Initial Scheduling Conference and respectfully suggested October 26, 2010 or such subsequent to October 21, 2010 as suits the Court's convenience.

DATED: August 26, 2010					HAWKINS CAPUTO


							By: */s/ Thomas HR Denver*_____
							      THOMAS HR DENVER
							      Attorneys for Plaintiffs JOSE
							      GUTIERREZ and IRMA
							      GUTIERREZ


DATED: August 26, 2010					ANGELO, KILDAY & KILDUFF


							By: */s/ Amie McTavish*_____
							      BRUCE A. KILDAY
							      AMIE MCTAVISH
							      Attorneys for Defendants CITY OF
							      WOODLAND, COUNTY OF YOLO,
							      SERGEANT DALE JOHNSON,
							      DEPUTY HERMAN OVIEDO and
							      DEPUTY HECTOR BAUTISTA


### ORDER

GOOD CAUSE APPEARING THEREFOR, it is ordered that the Pretrial Scheduling Conference currently set for October 12, 2010 be taken off calendar and continued to October 25, 2010 at 1:30 p..m.

DATED: August 30, 2010					[signature]
							LAWRENCE K. KARLTON
							SENIOR JUDGE
							UNITED STATES DISTRICT COURT

-2-
STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE AND ORDER