BRUCE A. KILDAY, ESQ., SBN 066415
AMIE MCTAVISH, ESQ., SBN 242372
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERNAN OVIEDO, and DEPUTY HECTOR BAUTISTA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUTIERREZ and IRMA GUTIERREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, DEPUTY HECTOR BAUTISTA, individually, and in their official capacities,<br><br>Defendants. | Case No.: 2:10-CV-01142-LKK-EFB<br><br>**STIPULATION OF DISMISSAL OF CITY OF WOODLAND AND ORDER** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the Complaint of JOSE GUTIERREZ and IRMA GUTIERREZ is hereby dismissed with prejudice as to Defendant CITY OF WOODLAND only pursuant to Federal Rule of Civil Procedure 41(a)(1), with the parties bearing their own costs and attorneys' fees.

/ / /

/ / /

1
STIPULATION OF DISMISSAL OF CITY OF WOODLAND AND [PROPOSED] ORDER

{00058087}

1   IT IS HEREBY STIPULATED:

2

3   Dated:  January 12, 2012                          HAWKINS CAPUTO

4                                                              */s/ Thomas HR Denver*
                                                       By:_____
5                                                          THOMAS HR DENVER
6                                                          Attorney for Plaintiffs
                                                           JOSE GUTIERREZ and IRMA
7                                                          GUTIERREZ

8

9

10  Dated:  January 12, 2012                          ANGELO, KILDAY & KILDUFF, LLP

11                                                              */s/ Amie McTavish*
12                                                     By:_____
                                                           AMIE MCTAVISH
13                                                         Attorneys for Defendants CITY OF
                                                           WOODLAND, COUNTY OF YOLO,
14                                                         SERGEANT DALE JOHNSON,
                                                           DEPUTY HERNAN OVIEDO, and
15                                                         DEPUTY HECTOR BAUTISTA

16

17

18

19  IT IS SO ORDERED.

20

21  Dated:  January 12, 2012.

22

23                                          _____
                                            LAWRENCE K. KARLTON
24                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
25

26

27

28

---

2
STIPULATION OF DISMISSAL OF CITY OF WOODLAND AND [PROPOSED] ORDER

{00058087}