UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUTIERREZ and IRMA GUTIERREZ,

        Plaintiffs,

    v.

CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, DEPUTY HECTOR BAUTISTA, individually, and in their official capacities,

        Defendants.

NO. CIV. S-10-1142 LKK/EFB

O R D E R

/

    Plaintiffs' noticed motion for summary judgment (Dkt. No. 41) is currently scheduled for hearing on February 27, 2012. Defendants' noticed cross-motion for summary judgment (Dkt. No. 47) is scheduled to be heard on March 12, 2012. The court will consolidate the hearing on these two motions. Accordingly,

    1.    The February 27, 2012 hearing date for plaintiffs' motion for summary judgment is **VACATED**; and

    2.    Both summary judgment motions are now scheduled to be heard on March 12, 2012 at 10:00 a.m.

1

1   IT IS SO ORDERED.

2   DATED: February 21, 2012.

　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT