CHARLES F. HAWKINS (42858)
(Hawkins@hawkins-law.com)
PAUL F. CAPUTO (144592)
(Paul@caputolaw.com)
THOMAS HR DENVER (56872)
(Tdenver@mediationmasters.com)
Hawkins • Caputo
96 North Third Street
Suite 300
San Jose, CA 95112

Telephone: (408) 280-7883
Facsimile: (408) 292-7868

IN AND FOR THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO BRANCH

| | |
|---|---|
| JOSE GUTIERREZ and IRMA GUTIERREZ,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, DEPUTY HECTOR BAUTISTA, individually, and in their official capacities,<br><br>    Defendants. | No. 2:10-CV-01142-LKK-EFB<br><br>STIPULATION (LOCAL CIVIL RULE 144(e)) AND ORDER |

The undersigned counsel hereby stipulate to a hearing of Plaintiffs' Motion for Leave to File a Declaration Pursuant to California Code of Civil Procedure Section 377.32 on

/ / / / / / /

/ / / / / / /

/ / / / / / /

-1-

STIPULATION

shortened time, so as to be heard on March 12, 2012 in conjunction with Defendants' Motion for Summary Adjudication (March 12).

/s/ Thomas HR Denver

Dated: February 17, 2012  _____
THOMAS HR DENVER
Attorneys for Plaintiffs

/s/ Amie McTavish

Dated: February 17, 2012  _____
AMIE McTAVISH
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: February 21, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT