1  CHARLES F. HAWKINS (42858)
   (Hawkins@hawkins-law.com)
2  PAUL F. CAPUTO (144592)
   (Paul@caputolaw.com)
3  THOMAS HR DENVER (56872)
   (Tdenver@mediationmasters.com)
4  Hawkins • Caputo
5  96 North Third Street
   Suite 300
6  San Jose, CA 95112

7  Telephone:  (408) 280-7883
   Facsimile:   (408) 292-7868
8

9               IN AND FOR THE UNITED STATES DISTRICT COURT
10
11              EASTERN DISTRICT OF CALIFORNIA
12              SACRAMENTO BRANCH

13
   JOSE GUTIERREZ and IRMA            No.  2:10-CV-01142-LKK-EFB
14 GUTIERREZ,

15              Plaintiffs,            **STIPULATION TO REQUEST TO
                                       CONTINUE THE PRETRIAL
16      vs.                            CONFERENCE AND ORDER**

17
   CITY OF WOODLAND, COUNTY OF
18 YOLO, SERGEANT DALE JOHNSON,
   DEPUTY HERMAN OVIEDO, DEPUTY
19 HECTOR BAUTISTA, individually, and in
   their official capacities,
20
21              Defendants.

22

23      WHEREAS, the Pretrial Conference is currently scheduled for June 25, 2012;

24      WHEREAS, PAUL F. CAPUTO, who, along with Robert Burchfiel, will be trying the

25 subject case, on behalf of the plaintiffs has a planned family vacation during the week of

26 June 25, 2012;

27      WHEREAS, IT HAS BEEN STIPULATED by and between the parties through their

28 respective counsel that a new date for the Pretrial Conference be requested;

THEREFORE, counsel for all parties respectfully request a new date of the Pretrial Conference and respectfully suggest June 18, 2012.

DATED: April 23, 2012                     HAWKINS CAPUTO

By: /s/ Charles F. Hawkins
CHARLES F. HAWKINS
Attorneys for Plaintiffs JOSE GUTIERREZ and IRMA GUTIERREZ

DATED: April 23, 2012                     ANGELO, KILDAY & KILDUFF

By: /s/ Amie McTavish
BRUCE A. KILDAY
AMIE MCTAVISH
Attorneys for Defendants COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO and DEPUTY HECTOR BAUTISTA

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is ordered that the Pretrial Conference currently set for June 25, 2012 is reset to June 18, 2012 at 1:30 p.m.

DATED: April 24, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT