```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

JOSE GUTIERREZ and IRMA GUTIERREZ,

          Plaintiffs,

    v.

CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, DEPUTY HECTOR BAUTISTA, individually, and in their official capacities,

          Defendants.

NO. CIV. S-10-1142 LKK/EFB

O R D E R

/

    The court has determined that this matter may be decided on the papers and without oral argument. Defendants move for leave to amend their expert witness disclosures. Plaintiffs have filed a Statement of Non-Opposition. The motion will be granted.

    Defendants request leave to add Ms. Marissa Meininger to their expert witness disclosures. They assert that they need to do this in order to address the assertion by plaintiff's late-disclosed expert, Stephen D'Arcy, that the defendant officers could have been the actual the sources of the knife that they claimed was

1

brandished by the decedent, Luis Gutierrez.  Defendants assert that Ms. Meininger's report – a DNA analysis – will show that the officers are "ruled out" as sources of DNA on the knife.

The court previously denied plaintiffs' motion to modify the Scheduling Order so as to excuse their failure to comply with the order's requirements regarding expert disclosures.  Dkt. No. 40. However, the court's monetary sanction of plaintiffs' counsel was the only sanction intended by the court's order.  The court here clarifies that the order did not strike or exclude plaintiff's late-filed expert disclosures.

Defendants have therefore demonstrated good cause to amend their expert disclosures.  Accordingly,

1. Defendants' Motion for Leave To Amend Expert Disclosure (Dkt. No. 69), is **GRANTED**; and

2. The hearing scheduled for June 18, 2012 is **VACATED**.

IT IS SO ORDERED.

DATED:  June 7, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2