FILED

OCT 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE GUTIERREZ and IRMA GUTIERREZ,

Plaintiffs,

v.

CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, DEPUTY HECTOR BAUTISTA, individually and in their official capacities,

Defendants.

NO. CIV. S-10-1142 LKK/EFB

V E R D I C T

We, the jury in the above-entitled case, find as follows:

1. As to the claim of unlawful detention:

For:

| | | |
|---|---|---|
| ______ Plaintiffs | ✓ Deft Dale Johnson | ______ Damages, if any |
| ______ Plaintiffs | ✓ Deft Herman Oviedo | ______ Damages, if any |

| | | |
|---|---|---|
| ____ | ✓ | ____ |
| Plaintiffs | Deft Hector Bautista | Damages, if any |

We award punitive damages, if any, as follows:

| | | |
|---|---|---|
| ____ | ____ | ____ |
| Deft Dale Johnson | Deft Herman Oviedo | Deft Hector Bautista |

2. As to the claim of excessive force:

For:

| | | |
|---|---|---|
| ____ | ✓ | ____ |
| Plaintiffs | Deft Dale Johnson | Damages, if any |
| ____ | ✓ | ____ |
| Plaintiffs | Deft Herman Oviedo | Damages, if any |
| ____ | ✓ | ____ |
| Plaintiffs | Deft Hector Bautista | Damages, if any |

We award punitive damages, if any, as follows:

| | | |
|---|---|---|
| ____ | ____ | ____ |
| Deft Dale Johnson | Deft Herman Oviedo | Deft Hector Bautista |

3a. Was Luis Gutierrez negligent on April 30, 2009?

| | |
|---|---|
| ✓ | ____ |
| Yes | No |

////

3b. If so, did that negligence contribute to his damages?

✓ Yes ______ No ______

3c. If you answered "yes" to questions 3a and b, assign a percentage of responsibility to each of the following. If you answered "no" to either 3a or 3b, do not assign a percentage to Luis Gutierrez.

Dale Johnson 0

Hector Oviedo 0

Herman Bautista 0

Luis Gutierrez 100%

What damages, if any, do you award on this cause of action?

0

4a. Do you find that any defendant is liable to the plaintiffs for the wrongful death of Luis Gutierrez?

Yes ______ ✓ No ______

4b. If so, which defendant and what damages do you award?

(i) Dale Johnson ______ Amount, if any

(ii) Herman Oviedo ______ Amount, if any

(iii) Hector Bautista ______ Amount, if any

4c. Do you award punitive damages?

////

4d. If so, in what amount?

(i) Dale Johnson ____________ Amount, if any

(ii) Herman Oviedo ____________ Amount, if any

(iii) Hector Bautista ____________ Amount, if any

Dated: 10-23-12

[signature]
FOREPERSON