UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUTIERREZ and IRMA GUTIERREZ,

        Plaintiffs,

    v.

CITY OF WOODLAND, COUNTY OF YOLO, SERGEANT DALE JOHNSON, DEPUTY HERMAN OVIEDO, DEPUTY HECTOR BAUTISTA, individually, and in their official capacities,

        Defendants.

/

NO. CIV. S-10-1142 LKK/EFB

O R D E R

Plaintiffs' counsel have moved to withdraw as counsel. This case has concluded, however, and there are no matters pending before this court. Counsel's withdrawal is therefore not a matter for this court's involvement, as the withdrawal will not leave the clients to represent themselves in any matter pending before this court. See E.D. Cal. R. 182(d) (attorney withdrawal) & 183(a) (rules governing in propria persona appearance).[1]

---

[1] Assuming (without deciding) that a withdrawal motion was needed to withdraw while their clients' appeal was pending, that

1

Accordingly, the court orders as follows:

1. Counsel's motion (ECF No. 168) is hereby **REMOVED** from the court's February 25, 2013 Law & Motion calendar; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: February 26, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

appeal has since been dismissed (ECF No. 169), mooting any need for leave of this court. The court is aware that Cal. Code Civ. P. 284(2) permits withdrawal by court order even after judgment is entered. However, withdrawal in this court is governed by Local Rule 182(d) and Cal. Code Prof. Resp. 3-700 (when applicable).

2